```
FILED
UNITED STATES DISTRICT COURT
     DENVER, COLORADO

    APR 12 2018
JEFFREY P. COLWELL
           CLERK
```

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-CV-00652-GPG

Sutton, et al.

   Plaintiff,

v.

Huff et al.

   Defendant.

---

**Order Response, Per Rule 60 (b)(1), Motioning / Objecting – Due to Rule 11 (b)**

---

I, Ryan Maples, inadvertently, did not later advocate nor certify to the court that the Complaint was stated by myself, except Claim one, and the signatures of Petty and Sutton; and motion to do so-now.

Sincerely, Ryan Maples 4/08/18
21000 Hwy 350 East
Model, Colorado 81059

• Certificate of Service •

I further certify that the above was mailed to Petty at her address of record and hand delivered to Sutton.

Thanks, Sincerely, Ryan Maples 4/08/18

**Colorado Department Of Corrections**

Name Co-Plaintiff Ryan Maples case 18 cv-00652-GPG
Register Number 178824
Unit DCF 4-A8
Box Number 21000 Hwy 350 East
City, State, Zip Model CO 81059

DENVER
CO 802
30 APR 18
PM 7 A

1) Order Response Motion
Case: 18cv00652-GPG

United States Court for Colorado

901 - 19th Street

Denver, CO 80294

Legal Mail

**LEGAL MAIL**

neopost
04/09/2018
USPOSTAGE $00.47⁰
LEGAL MAIL
ZIP 81059
041L11236872
FIRST-CLASS MAIL

TCF
Facility

Trujillo
Staff Name

17882
DOC#

4-9-18
Date Rec'd

MCCS M
ID#  INT

Ryan Maples
Offender Name

RM
INT