IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 18-cv-00652-RM-NYW

SUSANNA PETTY,

 Plaintiff,

v.

CORY CHANNEL, and
FRANCISCO SAUCEDO,

 Defendants.

---

**ORDER**

---

 This matter is before the Court on Defendants' motion for dismissal with prejudice (ECF No. 56), seeking dismissal of the claims against them for failure to prosecute and for failure to comply with the Court's March 22, 2019, show cause order (ECF No. 55). That order directed Plaintiff to show cause by April 8, 2019, why the claims against Defendants should not be dismissed with prejudice. The deadline has passed, and Plaintiff has not responded. Plaintiff has otherwise failed to prosecute this case, as detailed in the Court's order (ECF No. 54) dismissing a defendant after Plaintiff failed to respond to a previous order to show cause.

 Accordingly, Defendants' motion to dismiss (ECF No. 56) is GRANTED, the other pending motion to dismiss (ECF No. 42) is DENIED AS MOOT, the claims against

Defendants are DISMISSED WITH PREJUDICE, and the Clerk is directed to CLOSE this case.

DATED this 15th day of April, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge